**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: MOTION TO WITHDRAW AS COUNSEL** |

*This document relates to:*

LORETTA M. HARRIS,
05-3838 CRB
_____/

  Now pending for decision is the motion of Zimmerman Reed, P.L.L.P, to withdraw as counsel for plaintiff in the above matter.

  After carefully considering the motion and counsel's reason for seeking withdrawal, the Court ORDERS PLAINTIFF TO SHOW CAUSE as to why (1) the motion of Zimmerman Reed, P.L.L.P to withdraw as counsel of record should not be granted; and (2) plaintiff's lawsuit should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. If plaintiff wishes to contest the withdrawal of counsel and/or dismissal of plaintiff's lawsuit for failure to prosecute, plaintiff shall notify the Court **in writing** on or before **September 5, 2008** of the reasons the withdrawal should not be granted or the case dismissed.  In particular, if plaintiff wishes to proceed with this action, plaintiff shall advise the Court of

1 the name and address of plaintiff's new counsel or, if plaintiff will be proceeding without a
2 lawyer, plaintiff must advise the Court of how the Court should contact plaintiff.  In
3 addition, plaintiff shall advise the Court as to whether plaintiff has completed and served
4 defendants with a plaintiff fact sheet and provided defendants with authorizations for the
5 release of medical records.  Plaintiff is warned that plaintiff's failure to communicate with
6 the Court in writing as set forth above may result in dismissal of plaintiff's claims with
7 prejudice.

8     Plaintiff's counsel shall ensure that plaintiff receives a timely copy of this Order.

9 **IT IS SO ORDERED.**

Dated: August 11, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\showcauseorders\Zimmerman05-3838.wpd

United States District Court
For the Northern District of California