IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND DISMISSING CLAIMS** |

*This document relates to:*

LORETTA M. HARRIS,
05-3838 CRB
_____/

By Order filed August 11, 2008, the Court ordered plaintiff to show cause by September 5, 2008 as to why (1) counsel's motion to withdraw should not be granted; and (2) plaintiff's lawsuit should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. As of the date of this Order, plaintiff has not responded to the Order To Show Cause and has not otherwise communicated with the Court. Accordingly, counsel's motion to withdraw is GRANTED and plaintiff's claims are dismissed with prejudice for a failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 1, 2008

                                                CHARLES R. BREYER
                                                UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\dismissalorders\Zimmerman05-3838.wpd

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

G:\CRBALL\2005\1699\dismissalorders\Zimmerman05-3838.wpd      2